# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## <u>NOTICE OF DOCKETING</u>

## 18-1287 – Continental Service Group Inc. v. US

**Date of docketing:** December 11, 2017

**Appeal from:** United States Court of Federal Claims case no. 1:17-cv-00664-SGB

**Appellant(s):** Continental Service Group, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) [Only in cases where all parties are represented by counsel. See Fed. Cir. R. 33.1 and the mediation guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- **ORAL ARGUMENT SCHEDULE CONFLICTS:** Counsel should advise the clerk in writing within 30 days once briefing is completed of potential scheduling conflicts or as soon as they are known and should not wait until an actual conflict arises. Once scheduled, a case will not be postponed except on motion showing **compelling reasons**. See Practice Note following Fed. Cir. R. 34.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court

cc: US Court of Federal Claims
Megan Carey Connor
Edward T. DeLisle
Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice
Daniel Ruben Forman
Edward H. Meyers
Jonathan David Shaffer
Michael D. Snyder